IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Case No. 7:97cr00024-3 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| AMAR KHALID ABED, | ) | By: Michael F. Urbanski |
| Petitioner. | ) | United States District Judge |

In accordance with this court's memorandum opinion entered this day, it is **ORDERED** and **ADJUDGED** that Abed's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255 (Docket No. 635) is **DISMISSED without prejudice** as successive and this case is **STRICKEN** from the active docket.

Further, the court finds that Abed has not made the requisite showing of the substantial denial of a constitutional right as required by 28 U.S.C. § 2253(c) and, therefore, a certificate of appealability is **DENIED**.

Entered: October 21, 2014

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge